UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR MERCADO; JOHN MUSCI,

Plaintiffs,

-against-

MIKE WALSH, as CEO of LexisNexis,

Defendant.

1:26-CV-8195 (LTS)

ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiffs Victor Mercado and John Musci bring this action *pro se*. To proceed with a civil action in this court, Plaintiffs must either pay a collective total of $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request authorization to proceed without prepayment of fees, each Plaintiff must submit a completed and signed *in forma pauperis* ("IFP") application showing that he is unable to afford the fees to bring this action. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiffs submitted the complaint without paying the fees or filing IFP applications. Within 30 days of the date of this order, Plaintiffs must either pay a collective total of $405.00 in fees or each must submit a separate completed and signed IFP application.[1] If Plaintiffs submit IFP applications, they should be labeled with docket number 1:26-CV-8195 (LTS). If the Court grants the IFP applications, Plaintiffs will be permitted to proceed without prepayment of fees, that is, IFP. *See* § 1915(a)(1). An IFP application form is attached to this order.

[1] Payment of the fees should be mailed to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, New York 10007. Payment submitted by mail must: (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include the docket number listed above. Personal checks are not accepted. Payment of the fees also can be made in person at the courthouse by credit card, money order, certified check, or cash.

No summons shall issue at this time. If Plaintiffs comply with this order, this action shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiffs fail to comply with this order within the time allowed, the Court will dismiss this action without prejudice. If one Plaintiff submits a completed and signed IFP application and the other does not, the claims of the Plaintiff who did not comply with the order will be dismissed from this action without prejudice.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: September 25, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge